No. D–138. In re Disbarment of Mueller. It is ordered that Paul C. Mueller, of Plantation, Fla., be suspended from the practice of law in this Court and that a rule issue returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–139. In re Disbarment of Wandel. It is ordered that John Joseph Wandel, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–140. In re Disbarment of Ray. It is ordered that Samuel B. Ray, Jr., of Barnwell, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–141. In re Disbarment of Gasque. It is ordered that J. Ralph Gasque, of Marion, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–142. In re Disbarment of Foster. It is ordered that Marvin F. Foster, Jr., of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 73, Orig. California v. Nevada. State of Nevada's answer to amended complaint and its counterclaim and State of California's reply to the counterclaim are referred to the Special Master. [For earlier order herein, see, e. g., 438 U. S. 913.]